# UNITED STATES DISTRICT COURT

for the

District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 AUG 15 PM 3: 54
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 AUG 17 PM 2: 16
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. RDB-17-0440 |
| | ) |
| Bernard Brogdon | ) |
| *Defendant* | ) |

2017 AUG 15 PM 4: 26
U.S. MARSHAL
BALTIMORE, MD

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Bernard Brogdon                                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

   Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances, Forfeiture

Date:      08/15/2017

_____
*Issuing officer's signature*

City and state:      Baltimore, Maryland

Stephanie A. Gallagher, U.S Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/16/17 , and the person was arrested on *(date)* 8/16/17 at *(city and state)* Baltimore MD . |
| Date: 8/16/17                                    _____ *Arresting officer's signature* |
| Andrew W. Duncan   ATF SA *Printed name and title* |