IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**       *

      v.           *     Case No. RDB-17-0440

**BERNARD BROGDEN**           *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO SUPPRESS SEARCH EVIDENCE

Now comes the Defendant, Bernard Brogden, by his attorney, Law Offices of Gerald C. Ruter, P.C. and respectfully moves this Honorable Court to suppress all evidence obtained directly and/or indirectly as a result of the execution of a **search warrant executed** on **4613 Pen Lucy Road, Apt. H, Baltimore, Maryland** on or about **August 16, 2017,** and in support of his Motion says as follows:

1. Mr. Brogden is charged with conspiracy to distribute controlled substance, in violation of 21 S.S.C. 846.

2. On or about August 14, 2017, S/A Sean P. Sullivan from the Bureau of Alcohol, Tobacco, Firearms and Explosives sought and received permission from Magistrate Judge Stephanie A. Gallagher of this Court to search the above referenced residence.

3. Upon information and belief, the government will attempt to introduce evidence seized from that search in its case in chief in the case now before the Court.

4. The warrant lacks probable cause.

5. The warrant fails to establish an adequate nexus between the property to be searched and the probable cause, if any, to conduct the search.

6. The warrant fails to establish probable cause to believe that the things sought to be seized will be found in or on the property to be searched.

7. The warrant is a general warrant.

8. The warrant was executed in such a way as to have the legal effect of being a general warrant.

9. The warrant is so facially deficient of probable cause that the affiant could hold no reasonable belief as to its legality.

**WHEREFORE**, it is prayed this Honorable Court suppress any evidence seized directly or indirectly from this search as being in violation of the Fourth Amendment of the United States Constitution.

Respectfully Submitted,

_____
Law Offices of Gerald C. Ruter, P.C.
9411 Philadelphia Road, Suite O
Baltimore, Maryland 21237
(410) 238-8000
Ruterlaw@verizon.net

**Request for Hearing**

A hearing is requested pursuant to Local Rule 105.6.

**Certificate of service**

I hereby certify that a copy of this paper was sent electronically on this 28th day of November, 2017, to all counsel of record by ECF.

_____
Gerald C. Ruter