# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| v. | * | **CASE NO. RDB-17-0440** |
| | * | |
| **BERNARD BROGDON,** | * | |
| | * | |
| Defendant | | |

...ooOoo...

## CONSENT MOTION TO AMEND INDICTMENT

Comes now the United States of America, by and through its Attorneys, Robert K. Hur, United States Attorney for the District of Maryland, and Patricia McLane, Assistant United States Attorney for said District, and counsel for the Defendant, hereby moves this Honorable Court for an Order to Amend the Indictment.

1. On April 18, 2017, the Grand Jury for the District of Maryland indicted the above-captioned Defendant in a one-count Indictment for conspiracy to possess with intent to distribute and distribute controlled substances charges.

2. On October 11, 2018, the Court sentenced the Defendant to 37 months' incarceration and four years of supervised release. The Defendant noted at the sentencing that the Indictment incorrectly spelled his name "Brogdon". He indicated that the correct spelling of his name is "Brogden".

3. Indictments may be amended for matters of form that do not alter an essential element to the prejudice of the Defendant that may be corrected by amendment. *United States v. Beldsoe,* 898 F.2d 430, 432 (4th Cir. 1990). Here, the Government's motion only addresses the numbering of the counts in the Indictment, and is limited accordingly.

4. Counsel for the Defendant, Gerald Ruter does not object to the moiton.

Wherefore, the Government requests that the Indictment be amended to reflect correct spelling of the Defendant's name as "Brogden" rather than "Brogdon".

                                                Respectfully submitted,

                                                Robert K. Hur
                                                United States Attorney

                                    By: _____
                                           Patricia McLane
                                           Assistant United States Attorney

Filed ECF: October 12, 2018

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| v. | * CASE NO. RDB-17-0440 |
| | * |
| **BERNARD BROGDON,** | * |
| | * |
| **Defendant** | * |

...ooOoo...

## **ORDER**

Upon consideration of the Government's Consent Motion to Amend the Indictment, the Court hereby finds that the proposed amendment is not substantive in nature and only addresses a matter of form.

Therefore, it is HEREBY ORDERED on this ___ day of October 2018, that the Indictment filed in this matter be amended so that the Defendant's last name is correctly spelled as "Brogden" rather than "Brogdon".

_____
Hon. Richard D. Bennett
United States District Court Judge